UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:08mj337/MD

MICHELE E. CRABTREE

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 30, 2008
Type of Motion/Pleading: Motion for Order of Dismissal
Filed by: USA                         on 12/30/08      Document   8
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                        on _____ Doc.# _____
                                        on _____ Doc.# _____
                                        WILLIAM M. McCOOL, CLERK OF COURT
                                        Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this **30TH** day of   December  , 2008, that:

(a)   The requested relief is GRANTED.

(b)   _____

                                                            MILES DAVIS
                                                            UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 12/30/08    By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.